IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Reese, Arttiss | Case Number: 07 B 20374 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 10/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,545.56 | |
| Secured: | | 2,408.10 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 137.46 |
| Other Funds: | | 0.00 |
| Totals: | 2,545.56 | 2,545.56 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 26,699.91 | 2,408.10 |
| 4. | Litton Loan Servicing | Secured | 12,358.41 | 0.00 |
| 5. | T Mobile USA | Unsecured | 20.71 | 0.00 |
| 6. | Santander Consumer USA | Unsecured | 0.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 183.14 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 25.23 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 49.48 | 0.00 |
| 10. | Midland Credit Management | Unsecured | 101.40 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 206.13 | 0.00 |
| 12. | Illinois Lending Corporation | Unsecured | 129.22 | 0.00 |
| 13. | Argent Healthcare Fin | Unsecured | | No Claim Filed |
| 14. | American General Finance | Unsecured | | No Claim Filed |
| 15. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Certified Recovery | Unsecured | | No Claim Filed |
| 18. | Credit Collection | Unsecured | | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 20. | AFNI | Unsecured | | No Claim Filed |
| 21. | Marauder Corporation | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | Imagine | Unsecured | | No Claim Filed |
| 25. | Professioanl Crdit Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Reese, Arttiss | Case Number:  07 B 20374 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/27/08 | Filed:  10/31/07 |

$ 42,646.63      $ 2,408.10

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 137.46 |

$ 137.46

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_